**Order entered February 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01388-CV

### TARSHA HARDY, Appellant

### V.

### COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215 AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, BONNIE MATHIAS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

### ORDER
### Before the Court En Banc[1]

Before the Court is appellant's February 9, 2021 motion to recuse Justice

Pedersen.  Appellant's motion is **DENIED**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1]   Justice Pedersen determined not to recuse himself from consideration of this appeal.  The motion was then determined by the remainder of the participating Justices of the Court sitting en banc.  *See* TEX. R. APP. P. 16.3(b).